**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: April 27, 2018 | DC Docket #: 17-cv-5618 |
| Docket #: 18-1225 | DC Court: SDNY (NEW YORK CITY) |
| Short Title: Neelam Taneja aka Neelam Uppal | DC Judge: Ramos |

# NOTICE TO BANKRUPTCY COURT

TO: CLERK, U.S. BANKRUPTCY COURT,
SOUTHERN DISTRICT OF NEW YORK
U.S. BANKRUPTCY DOCKET NO: 16-B-12356.

A notice of appeal from a district court decision in the above - referenced bankruptcy appeal was docketed on April 27, 2018. Please forward a copy of the bankruptcy court docket sheet to the following address:

   U.S. Court of Appeals
   for the Second Circuit
   Clerk's Office
   40 Foley Square
   New York, New York 10007

or send an electronic transmission to,
newcases@ca2.uscourts.gov

Copies of orders and/or opinions issued in this appeal will be forwarded so that you may be apprised of the status of the appeal To: CLERK, U.S. BANKRUPTCY COURT, SOTHERN DISTRICT OF NEW YORK.

Inquiries regarding this case may be directed to 212-857-8546.