Case 18-1225, Document 2, 04/26/2018, 2289859, Page14 of 15
Case 1:17-cv-05618-ER Document 69 Filed 04/24/18 Page 14 of 15

Case 1:17-cv-05618-ER Document 68 Filed 04/18/18 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

NEELAM TANEJA a/k/a NEELAM UPPAL,
         Debtor.
------------------------------------------------------------X
NEELAM TANEJA a/k/a NEELAM UPPAL,
         Debtor/Appellant,

         -against-

THE HEALTH LAW FIRM and GEORGE
INDEST,
         Creditor/Appellees.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/18

17 **CIVIL** 5618 (ER)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 16, 2018, the decisions of the Bankruptcy Judge are AFFIRMED and Health Law's motion for sanctions is GRANTED. Taneja is to refrain from making further frivolous filings and sanctions her in the form of a $5,000.00 fee to be paid to Appellees.

**Dated:** New York, New York
       April 18, 2018

                                  RUBY J. KRAJICK
                                  Clerk of Court
         BY:
                                  Deputy Clerk