

Activity in Case 1:17-cv-05618-ER In Re: Neelam Taneja aka Neelam Uppal Appeal Record Sent to USCA - Electronic File
NYSD_ECF_Pool   to: CourtMail                                                    04/25/2018 11:02 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/25/2018 at 11:01 AM EDT and filed on 4/25/2018

| | |
|---|---|
| **Case Name:** | In Re: Neelam Taneja aka Neelam Uppal |
| **Case Number:** | [1:17-cv-05618-ER](#) |
| **Filer:** | |
| **WARNING: CASE CLOSED on 04/18/2018** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [69] Notice of Appeal filed by Neelam Taneja were transmitted to the U.S. Court of Appeals. (tp)**


**1:17-cv-05618-ER Notice has been electronically mailed to:**

George F. Indest     gindest@thehealthlawfirm.com, CourtFilings@TheHealthLawFirm.com

Neelam Taneja     nneelu123@aol.com

**1:17-cv-05618-ER Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF,PRO–SE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:17–cv–05618–ER

| | |
|---|---|
| In Re: Neelam Taneja aka Neelam Uppal<br>Assigned to: Judge Edgardo Ramos<br>Case in other court: USBC–SDNY, 16–B–12356<br>Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA | Date Filed: 07/24/2017<br>Date Terminated: 04/18/2018<br>Jury Demand: None<br>Nature of Suit: 422 Bankruptcy Appeal (801)<br>Jurisdiction: Federal Question |

**In Re**

**Neelam Taneja**
*also known as*
Neelam Uppal

represented by **Neelam Taneja**
P.O. Box 1002
Largo, FL 33779
646/740–9141
*PRO SE*

**Debtor**

**Neelam Taneja**
*also known as*
Neelam Uppal

represented by **Neelam Taneja**
P.O. Box 1002
Largo, FL 33779
646/740–9141
Email: nneelu123@aol.com
*PRO SE*

**Appellant**

**Neelam Taneja**
*also known as*
Neelam Uppal

represented by **Neelam Taneja**
(See above for address)
*PRO SE*

V.

**Appellee**

**The Health Law Firm**

represented by **George F. Indest**
The Health Law Firm
1101 Douglas Avenue
Altamonte Springs, FL 32714
(407)–331–6620
Fax: (407)–331–3030
Email: gindest@thehealthlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**George Indest**

represented by **George F. Indest**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2017 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Judgment of Judge Cecelia G. Morris dated 07/19/2017. Bankruptcy Court Case Numbers: 16–B–12356, 17–01027A (CGM). Certified copies of file received.Document filed by Neelam Taneja.(bmlo) (Entered: 07/24/2017) |

| | | |
|---|---|---|
| 07/24/2017 | | Case Designated ECF. (bmlo) (Entered: 07/24/2017) |
| 07/24/2017 | 2 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL and Statement of Issues re: 1 Bankruptcy Appeal. Document filed by Appellant Neelam Taneja. (bmlo) (Entered: 07/24/2017) |
| 07/24/2017 | | Magistrate Judge Henry B. Pitman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (bmlo) (Entered: 07/24/2017) |
| 08/31/2017 | 3 | COUNTER DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellee George Indest. (bmlo) (Entered: 08/31/2017) |
| 08/31/2017 | 4 | NOTICE OF RECORD OF APPEAL AVAILABILITY (COMPLETION). Re: 1 Bankruptcy Appeal,. All Documents from the United States Bankruptcy Court – Southern District of New York have been filed with the U.S.D.C. S.D.N.Y. Record of Appeal is Complete and Available Electronically. Appellant Brief due by 10/2/2017. (bmlo) (Entered: 08/31/2017) |
| 09/08/2017 | 5 | DEBTOR'S EMERGENCY MOTION FOR STAY PENDING APPEAL; re: 1 Bankruptcy Appeal,. Document filed by Neelam Taneja.(sc) (Entered: 09/08/2017) |
| 09/08/2017 | 6 | ORDER entered 5 Motion to Stay. Appellees' response to Debtor's emergency motion for stay pending appeal, Doc. 5, is due on September 15, 2017. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) Copies of Notice of Electronic Filing Mailed By Chambers. (Ramos, Edgardo) (Entered: 09/08/2017) |
| 09/12/2017 | 7 | ORDER re: 5 MOTION to Stay re: 1 Bankruptcy Appeal filed by Neelam Taneja: On July 24, 2017, Neelam Teneja ("Appellant") filed her notice of appeal from the bankruptcy court. Doc. 1. On September 8, 2017, Appellant filed an emergency motion for stay pending appeal, Doc. 5, and the Court ordered The Health Law Firm and George Indest's ("Appellees"') response due on September 15, 2017. However, Appellees have not yet appeared in this matter and no certificate of service to Appellees was included in Appellant's motion for stay pending appeal. See Doc. 5. Appellant is therefore ordered to serve Appellees with a copy of the emergency motion for stay pending appeal. The deadline for Appellees' response is extended to two weeks from the date of service. The Clerk of the Court is respectfully directed to mail a copy of this Order to Appellant. (Signed by Judge Edgardo Ramos on 9/12/2017) (jwh) (Entered: 09/12/2017) |
| 09/12/2017 | | Transmission to Docket Assistant Clerk. Transmitted re: 7 Order to the Docket Assistant Clerk for case processing. (jwh) (Entered: 09/13/2017) |
| 09/13/2017 | | Mailed a copy of 7 Order to Neelam Taneja, 1370 Broadway, #504, New York, NY 10018. (rro) (Entered: 09/13/2017) |
| 09/15/2017 | 8 | AFFIRMATION OF SERVICE of Emergency Motion to Stay ; served on George Tudest, Health Law Firm on 9/14/17. Service was made by Cert. Mail. Document filed by Neelam Taneja. (sc) (Entered: 09/18/2017) |
| 09/15/2017 | 9 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Cecelia G. Morris dated 9/12/2017, amending 1 Bankruptcy Appeal. Document filed by Neelam Taneja. Related document: 1 Bankruptcy Appeal.(bmlo) (Entered: 09/22/2017) |
| 09/22/2017 | 10 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for George F. Indest III to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–14161151. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by George Indest. (Attachments: # 1 Affidavit Affidavit of George F. Indest III, # 2 Florida–Letter of Good Standing, # 3 Louisiana–Letter of Good Standing, # 4 District of Columbia–Letter of Good Standing)(Indest, George) Modified on 9/25/2017 (bcu). (Entered: 09/22/2017) |
| 09/25/2017 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 10 MOTION for George F. Indest III to** |

| | | |
|---|---|---|
| | | Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–14161151. **Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Louisiana; missing Proposed Order;. Re–file the motion as a Corrected Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bcu)** (Entered: 09/25/2017) |
| 09/27/2017 | 11 | MOTION for George F. Indest III to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by George Indest. (Attachments: # 1 Affidavit Affidavit of George F. Indest III, # 2 Florida–Letter of Good Standing, # 3 Louisiana–Letter of Good Standing, # 4 District of Columbia–Letter of Good Standing, # 5 Proposed Order)(Indest, George) (Entered: 09/27/2017) |
| 09/27/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for George F. Indest III to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 09/27/2017) |
| 09/28/2017 | 12 | NOTICE OF APPEARANCE by George F. Indest on behalf of The Health Law Firm. (Indest, George) (Entered: 09/28/2017) |
| 09/28/2017 | 13 | RESPONSE in Opposition to Motion re: 5 MOTION to Stay re: 1 Bankruptcy Appeal,. . Document filed by George Indest. (Attachments: # 1 Exhibit Index to Exhibits, # 2 Exhibit Exhibit 1 – Order, # 3 Exhibit Exhibit 2 – Final Judgment, # 4 Exhibit Exhibit 3 – Order, # 5 Exhibit Exhibit 4 – Trustee Status Report, # 6 Exhibit Exhibit 5 – Notice of Writ, # 7 Exhibit Exhibit 6 – Order)(Indest, George) (Entered: 09/28/2017) |
| 09/29/2017 | 14 | UNSIGNED ORDER TO SHOW CAUSE. filed by Neelam Taneja. (rdz) (Entered: 09/29/2017) |
| 09/30/2017 | 15 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION to Strike Document No. 14 *Opposition to "Order to Show Cause"*. Document filed by George Indest. (Attachments: # 1 Exhibit Index to Exhibits, # 2 Exhibit Ex 1 – Final Judgment, # 3 Exhibit Ex 2 – Order Denying Stay, # 4 Exhibit Ex 3 – Order Granting Dismissal, # 5 Exhibit Ex 4 – Notice of Hearing, # 6 Exhibit Ex 5 – Motion to Recuse, # 7 Exhibit Ex 6 – Order Denying Recusal, # 8 Exhibit Ex 7 – False Filing, # 9 Exhibit Ex 8 – Opposition to Objection, # 10 Exhibit Ex 9 – Notice of False Filing, # 11 Exhibit Ex 10 – Final Judgment, # 12 Exhibit Ex 11 – Order to Show Cause)(Indest, George) Modified on 10/2/2017 (db). (Entered: 09/30/2017) |
| 10/02/2017 | | **\*\*\*NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney George F. Indest to RE–FILE Document 15 MOTION to Strike Document No. 14** *Opposition to "Order to Show Cause"*. **Use the event type Response to Order to Show Cause found under the event list Other Answers. (db)** (Entered: 10/02/2017) |
| 10/02/2017 | 16 | (Affirmation)OBJECTION TO MOTION TO STRIKE, re: 15 MOTION to Strike Document No. 14 *Opposition to "Order to Show Cause"*. Document filed by Neelam Uppal. (Attachments: # 1 Exhibit)(sc) (Entered: 10/03/2017) |
| 10/03/2017 | 17 | RESPONSE re: 14 Order to Show Cause – Unsigned *Opposition to "Order to Show Cause"*. Document filed by The Health Law Firm. (Attachments: # 1 Exhibit Index to Exhibits, # 2 Exhibit Ex 1 – Final Judgment, # 3 Exhibit Ex 2 – Order Denying Stay, # 4 Exhibit Ex 3 – Order Dismissing Appeal, # 5 Exhibit Ex 4 – Notice of Hearing, # 6 Exhibit Ex 5 – Motion to Recuse, # 7 Exhibit Ex 6 – Order Denying Recusal, # 8 Exhibit Ex 7 – False Filing, # 9 Exhibit Ex 8 – Reply to Objection, # 10 Exhibit Ex 9 – Notice of False Filing, # 11 Exhibit Ex 10 – Final Judgment, # 12 Exhibit Ex 11 – Order to Show Cause)(Indest, George) Modified on 10/3/2017 (sc). (Entered: 10/03/2017) |
| 10/04/2017 | 18 | ORDER granting 11 Motion for George F. Indest III to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (Ramos, Edgardo) (Entered: 10/04/2017) |

| | | |
|---|---|---|
| 10/12/2017 | 19 | NOTICE of of Appellees' Opposition to Appellant's Untimely Motion for Extension to File Brief. Document filed by George Indest. (Attachments: # 1 Exhibit Index to Exhibits, # 2 Exhibit Ex 1 – Motion to Extend, # 3 Exhibit Ex 2 – Order Denying Extension, # 4 Exhibit Ex 3 – Motion to Extend, # 5 Exhibit Ex 4 – Docket Sheet (excerpt))(Indest, George) (Entered: 10/12/2017) |
| 10/12/2017 | 20 | MOTION FOR EXTENSION OF TIME TO FILE BRIEF. Document filed by Neelam Taneja.(sc) (Entered: 10/16/2017) |
| 10/16/2017 | 21 | RESPONSE in Opposition to Motion re: 20 MOTION for Extension of Time to File. . Document filed by George Indest. (Attachments: # 1 Exhibit Index to Exhibits, # 2 Exhibit Ex 1 – Motion to Extend, # 3 Exhibit Ex 2 – Order Denying Extension, # 4 Exhibit Ex 3 – Motion to Extend, # 5 Exhibit Ex 4 – Docket Sheet (excerpt))(Indest, George) (Entered: 10/16/2017) |
| 10/16/2017 | 22 | BRIEF & OPPOSITION T DOC. 13; re: 13 Response in Opposition to Motion. Document filed by Neelam Taneja. (sc) (Entered: 10/17/2017) |
| 10/18/2017 | 23 | MOTION to Strike Document No. 22 *Appellant's Unauthorized Opposition to Opposition*. Document filed by George Indest.(Indest, George) (Entered: 10/18/2017) |
| 10/19/2017 | 24 | MEMO ENDORSEMENT granting 20 Letter Motion for Extension of Time to File Brief. ENDORSEMENT: Appellant's brief is now due November 2, 2017. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff. (Signed by Judge Edgardo Ramos on 10/19/2017) (cf) (Entered: 10/19/2017) |
| 10/19/2017 | | Set/Reset Deadlines: Appellant Brief due by 11/2/2017. (cf) (Entered: 10/19/2017) |
| 10/19/2017 | | Transmission to Docket Assistant Clerk. Transmitted re: 24 Order to the Docket Assistant Clerk for case processing. (cf) (Entered: 10/19/2017) |
| 10/20/2017 | | Mailed a copy of 24 Order on Motion for Extension of Time to File to Neelam Taneja, 1370 Broadway, #504, New York, NY 10018. (rro) (Entered: 10/20/2017) |
| 10/24/2017 | 25 | RESPONSE TO OPPOSITION, re: 21 Response in Opposition to Motion. Document filed by Neelam Taneja. (sc) (Entered: 10/24/2017) |
| 10/27/2017 | 26 | MOTION for Sanctions *Damages, Attorney's Fees and Costs*. Document filed by George Indest. (Attachments: # 1 Exhibit Index to Exhibits, # 2 Exhibit Ex 1 – Order Awarding Sanctions, # 3 Exhibit Ex 2 – Decisions of Chief Bankruptcy Judge Morris, # 4 Exhibit Ex 3 – Order of Dismissal, # 5 Exhibit Ex 4 – Letter serving advance copy Motion for Sanctions)(Indest, George) (Entered: 10/27/2017) |
| 10/30/2017 | 27 | (Affirmation)OPPOSITION TO MOTION TO STRIKE; re: 23 MOTION to Strike Document No. 22 *Appellant's Unauthorized Opposition to Opposition*. Document filed by Neelam Taneja. (sc) (Entered: 10/30/2017) |
| 11/01/2017 | 28 | APPELLANT'S INITIAL BRIEF(Amended). Document filed by Neelam Taneja. Appellee Brief due by 12/1/2017. (sc) (Entered: 11/01/2017) |
| 11/01/2017 | 29 | APPELLANT'S APPENDIX TO INITIAL BRIEF; re: to 28 Appellant's Brief. Document filed by Neelam Taneja.(sc) (Entered: 11/01/2017) |
| 11/01/2017 | 30 | SUPPLEMENT TO DESIGNATION OF ITEMS; re: to 2 Designation of Record on Appeal. Document filed by Neelam Taneja.(sc) (Entered: 11/01/2017) |
| 11/03/2017 | 31 | Objection re: 30 Appendix . Document filed by George Indest. (Indest, George) (Entered: 11/03/2017) |
| 11/13/2017 | 32 | OBJECTION TO OPPOSITION TO SUPPLEMENT TO DESIGNATION; re: 31 Objection (non–motion). Document filed by Neelam Taneja. (sc) (Entered: 11/13/2017) |
| 11/13/2017 | 33 | (Affirmation)OPPOSITION TO ATTONEY FEES & CROSS–MOTION; re: 26 MOTION for Sanctions *Damages, Attorney's Fees and Costs*. Document filed by Neelam Taneja. (sc) (Entered: 11/13/2017) |
| 11/13/2017 | 34 | NOTICE of Filing of Appellees' Reply to Opposition and Opposition to Cross–Motion (Doc. 33). Document filed by George Indest, The Health Law Firm. (Indest, George) (Entered: 11/13/2017) |

| | | |
|---|---|---|
| 11/20/2017 | 35 | ORDER denying 5 Motion to Stay; denying 23 Motion to Strike: For the aforementioned reasons, Health Law's motion to strike is DENIED. In addition, Taneja's motion to stay and request for an order to show cause are DENIED. The Clerk of Court is respectfully directed to terminate the motions (Docs. 5 and 23) and mail a copy of this Order to Debtor. (Signed by Judge Edgardo Ramos on 11/20/2017) (jwh) Modified on 11/28/2017 (jwh). (Entered: 11/21/2017) |
| 11/20/2017 | | Transmission to Docket Assistant Clerk. Transmitted re: 35 Order on Motion to Stay, Order on Motion to Strike, to the Docket Assistant Clerk for case processing. (jwh) (Entered: 11/21/2017) |
| 11/21/2017 | 36 | OBJECTION TO OPPOSITION TO CROSS−MOTION; re: 33 Affirmation in Opposition to Motion. Document filed by Neelam Taneja. (sc) (Entered: 11/21/2017) |
| 11/21/2017 | | Mailed a copy of 35 Order on Motion to Stay, Order on Motion to Strike, to Neelam Taneja 1370 Broadway #504 New York, NY 10018. (jgo) (Entered: 11/21/2017) |
| 11/28/2017 | 37 | EMERGENCY MOTION FOR RECONSIDERATION OF ORDER TO SHOW CAUSE FOR STAY & INJUNCTIVE RELIEF; re: 35 Order on Motion to Stay, Order on Motion to Strike. Document filed by Neelam Taneja.(sc) (Entered: 11/29/2017) |
| 11/29/2017 | 38 | MOTION for Extension of Time *to File Answer Brief*. Document filed by George Indest.(Indest, George) (Entered: 11/29/2017) |
| 11/30/2017 | 39 | MOTION to Direct *Appellant Neelam Taneja Uppal to Comply with Rules of Procedure & Authorize Clerk of Court to Stirke Noncompliant Documents*. Document filed by George Indest, The Health Law Firm. (Attachments: # 1 Exhibit 1−Order of S.D. N.Y. dismissing Case No. 17−cv−7072)(Indest, George) (Entered: 11/30/2017) |
| 11/30/2017 | 40 | MEMO ENDORSEMENT granting 38 Motion for Extension of Time. ENDORSEMENT: Appellees' deadline to respond to Appellant's brief is adjourned to December 30, 2017. (Appellee Brief due by 12/30/2017.) (Signed by Judge Edgardo Ramos on 11/30/2017) (jwh) Modified on 12/12/2017 (jwh). (Entered: 12/01/2017) |
| 12/01/2017 | 41 | ORDER granting 39 Motion to Direct: Although in some instances, Health Law is incorrect about Taneja's compliance with the applicable rules of procedure, its motion is GRANTED and this Court orders Taneja to comply with the requirements of the Federal Rules of Civil Procedure, the Federal Appellate Rules of Procedure, and the Federal Rules of Bankruptcy Procedure, including that Taneja must: (1) sign and date all documents filed; (2) submit factual evidence for the Court's consideration through signed and notarized affidavits; and (3) correctly listing the case caption, party names, and attorney of record's name and law firm on every pleading, It is SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion (Doc. 39) and to mail a copy of this order to Taneja. (Signed by Judge Edgardo Ramos on 12/1/2017) (jwh) (Entered: 12/01/2017) |
| 12/01/2017 | | Transmission to Docket Assistant Clerk. Transmitted re: 41 Order on Motion to Direct to the Docket Assistant Clerk for case processing. (jwh) (Entered: 12/01/2017) |
| 12/01/2017 | 42 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: N. Uppal consents to receive electronic service via the ECF system. Document filed by Neelam Taneja.(sc) (sc). (Entered: 12/04/2017) |
| 12/01/2017 | 43 | (Affirmation)OBJECTION TO MOTION FOR COMPLIANCE; re: 39 MOTION to Direct *Appellant Neelam Taneja Uppal to Comply with Rules of Procedure & Authorize Clerk of Court to Stirke Noncompliant Documents*. Document filed by Neelam Taneja. (sc) (Entered: 12/04/2017) |
| 12/01/2017 | 44 | PRO SE MEMORANDUM dated 12/1/17 re: CHANGE OF ADDRESS for Neelam T. Uppal, Neelam Uppal, Neelam Taneja. New Address: P.O. Box 1002, Largo, Florida, 33779. (sc) (Entered: 12/04/2017) |
| 12/04/2017 | | Mailed a copy of 41 Order on Motion to Direct to Neelam Taneja, P.O. Box 1002, Largo, FL 33779. (rro) (Entered: 12/04/2017) |
| 12/18/2017 | 45 | SUGGESTION OF BANKRUPTCY upon the record . Document filed by George Indest, The Health Law Firm (Attachments: # 1 Exhibit Notice of Chapter 13 Bankruptcy Case)(Indest, George) (Entered: 12/18/2017) |

| 12/21/2017 | 46 | ORDER denying 37 Motion for Reconsideration. For the aforementioned reasons, Taneja's motion for reconsideration is DENIED. The Clerk of Court is respectfully directed to terminate the motion (Doc. 37). (Signed by Judge Edgardo Ramos on 12/20/2017) (cf) (Entered: 12/21/2017) |
|---|---|---|
| 12/27/2017 | 47 | SECOND MOTION for Extension of Time to File Answer *Brief*. Document filed by George Indest. (Attachments: # 1 Exhibit Index to Exhibits, # 2 Exhibit Ex 1–Notice Ch 13 Bankruptcy, # 3 Exhibit Ex 2–Notice of Preliminary Hearing, # 4 Exhibit Ex 3–Uppal "Order to Show Cause for Stay)(Indest, George) (Entered: 12/27/2017) |
| 12/28/2017 | 48 | MEMO ENDORSEMENT granting 47 Motion for Extension of Time to Answer. ENDORSEMENT: Defendants' motion for an extension is GRANTED. Defendants' answer brief will be due on February 16, 2018. SO ORDERED. (Signed by Judge Edgardo Ramos on 12/28/2017) (jwh) Modified on 12/29/2017 (jwh). (Entered: 12/29/2017) |
| 12/28/2017 |  | Set/Reset Deadlines: Appellee Brief due by 2/16/2018. (jwh) (Entered: 12/29/2017) |
| 01/03/2018 | 49 | OBJECTION TO EXTENSION & CROSS–MOTION FOR SUMMARY ORDER TO DECLARE LOWER COURT'S JUDGMENT NULL & VOID; re: 47 SECOND MOTION for Extension of Time to File Answer *Brief*. Document filed by Neelam Taneja. (sc) (Entered: 01/03/2018) |
| 01/05/2018 | 50 | MEMO ENDORSEMENT on re: 49 Objection (non–motion) filed by Neelam Taneja. ENDORSEMENT: The application is DENIED as moot. (Signed by Judge Edgardo Ramos on 1/5/2018) (mml) (Entered: 01/05/2018) |
| 01/13/2018 | 51 | NOTICE of Filing Decision of Florida Bankruptcy Court Dismissing Appellant's Florida Bankruptcy. Document filed by George Indest. (Attachments: # 1 Exhibit Ex 1–Order Dismissing Bankruptcy)(Indest, George) (Entered: 01/13/2018) |
| 01/29/2018 | 52 | NOTICE of Filing U.S. Supreme Court Denying Petition for Writ of Certiorari. Document filed by George Indest. (Attachments: # 1 Exhibit U.S. Sup. Ct. Dismissal)(Indest, George) (Entered: 01/29/2018) |
| 02/15/2018 | 53 | Appellee's BRIEF. Document filed by George Indest. Appellant Reply Brief due by 3/1/2018. (Indest, George) (Entered: 02/15/2018) |
| 02/21/2018 | 54 | MOTION to Amend/Correct 53 Appellee's Brief . Document filed by George Indest. (Attachments: # 1 Exhibit Amended Answer Brief)(Indest, George) (Entered: 02/21/2018) |
| 02/23/2018 | 55 | MEMO ENDORSEMENT granting 54 Motion to Amend/Correct. ENDORSEMENT: Creditors' motion is GRANTED. Debtor's time to file a reply brief will be extended to March 8, 2018. (Signed by Judge Edgardo Ramos on 2/23/2018) (jwh) (Entered: 02/23/2018) |
| 02/23/2018 |  | Set/Reset Deadlines: Appellant Reply Brief due by 3/8/2018. (jwh) (Entered: 02/23/2018) |
| 02/27/2018 | 56 | APPELLANT'S OBJECTION(Affirmation) TO APPELLEE'S MOTION TO AMEND & CROSS–MOTION FOR SANCTIONS OF THE APPELLEE; re: 54 MOTION to Amend/Correct 53 Appellee's Brief . Document filed by Neelam Taneja. (sc) (Entered: 02/28/2018) |
| 03/01/2018 | 57 | MEMO ENDORSEMENT on re: 56 Affirmation in Opposition to Motion filed by Neelam Taneja. ENDORSEMENT: Ms. Uppal's objection is DENIED as moot. Her reply brief is due by March 8, 2018. (Appellant Reply Brief due by 3/8/2018.) (Signed by Judge Edgardo Ramos on 3/1/2018) (jwh) (Entered: 03/02/2018) |
| 03/08/2018 | 58 | APPELLANT'S REPLY BRIEF. Document filed by Neelam Taneja. (sc) (Entered: 03/08/2018) |
| 03/08/2018 | 59 | APPELLANT'S APPENDIX TO REPLY BRIEF; re: to 58 Appellant's Reply Brief. Document filed by Neelam Taneja.(sc) (Entered: 03/08/2018) |
| 03/13/2018 | 60 | NOTICE of Related Cases. Document filed by George Indest. (Indest, George) (Entered: 03/13/2018) |

| 03/18/2018 | 61 | MOTION to Strike Document No. 59 . Document filed by George Indest.(Indest, George) (Entered: 03/18/2018) |
|---|---|---|
| 03/19/2018 | 62 | OBJECTION(Opposition) TO NOTICE OF FILING. Document filed by Neelam Taneja. (sc) (Entered: 03/19/2018) |
| 03/20/2018 | 63 | RESPONSE re: 62 Objection (non−motion) *in Opposition*. Document filed by George Indest. (Attachments: # 1 Exhibit Exhibit 1 – Docket Sheet)(Indest, George) (Entered: 03/20/2018) |
| 03/20/2018 | 64 | (Affirmation)APPELLANT'S OPPOSITION TO MOTION TO STRIKE REPLY BRIEF APPENDIX re: 61 MOTION to Strike Document No. 59 . Document filed by Neelam Taneja. (sc) Modified on 3/20/2018 (sc). (Entered: 03/20/2018) |
| 03/22/2018 | 65 | OBJECTION TO EXHIBIT. Document filed by Neelam Taneja. (sc) (Entered: 03/23/2018) |
| 03/29/2018 | 66 | ADDENDUM re: to 65 OBJECTION TO EXHIBIT. Document filed by Neelam Taneja.(sac) (Entered: 04/02/2018) |
| 04/16/2018 | 67 | OPINION AND ORDER re: 26 MOTION for Sanctions *Damages, Attorney's Fees and Costs* filed by George Indest, 61 MOTION to Strike Document No. 59 filed by George Indest. For the aforementioned reasons, the decisions of the Bankruptcy Judge are AFFIRMED and Health Law's motion for sanctions is GRANTED. The Clerk of Court is respectfully directed to terminate the outstanding motions (Docs. 26 and 61) and mail a copy of this Order to Debtor. (Signed by Judge Edgardo Ramos on 4/16/2018) (mro) (Entered: 04/17/2018) |
| 04/16/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 67 Memorandum & Opinion, to the Docket Assistant Clerk for case processing. (mro) (Entered: 04/17/2018) |
| 04/16/2018 | | Transmission to Judgments and Orders Clerk. Transmitted re: 67 Memorandum & Opinion, to the Judgments and Orders Clerk. (mro) (Entered: 04/18/2018) |
| 04/17/2018 | | Mailed a copy of 67 Memorandum & Opinion to Neelam Taneja, P.O. Box 1002, Largo, FL 33779. (rro) (Entered: 04/17/2018) |
| 04/18/2018 | 68 | CLERK'S JUDGMENT re: 67 Memorandum & Opinion in favor of The Health Law Firm, George Indest against Neelam Taneja in the amount of $5,000.00. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated April 16, 2018, the decisions of the Bankruptcy Judge are AFFIRMED and Health Law's motion for sanctions is GRANTED. Taneja is to refrain from making further frivolous filings and sanctions her in the form of a $5,000.00 fee to be paid to Appellees. (Signed by Clerk of Court Ruby Krajick on 04/18/2018) (Attachments: # 1 Right to Appeal)(km) (Entered: 04/18/2018) |
| 04/18/2018 | | Transmission to Docket Assistant Clerk. Transmitted re: 68 Clerk's Judgment to the Docket Assistant Clerk for case processing. (km) (Entered: 04/18/2018) |
| 04/19/2018 | | Mailed a copy of 68 Clerk's Judgment to Neelam Taneja P.O. Box 1002 Largo, FL 33779. (mhe) (Entered: 04/19/2018) |
| 04/24/2018 | 69 | NOTICE OF APPEAL from 68 Clerk's Judgment, 67 Memorandum & Opinion. Document filed by Neelam Taneja. Form D–P is due within 14 days to the Court of Appeals, Second Circuit. (tp) (Entered: 04/25/2018) |
| 04/25/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 69 Notice of Appeal. (tp) (Entered: 04/25/2018) |
| 04/25/2018 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 69 Notice of Appeal filed by Neelam Taneja were transmitted to the U.S. Court of Appeals. (tp) (Entered: 04/25/2018) |