United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

### Distribution of Instructions & Forms for Pro Se Parties in Bankruptcy Cases

X____ Acknowledgment and Notice of Appearance
X____ Docketing Notice
X____ Docket Report
X____ How to Appeal Your Civil Case
X____ How to Appeal as a Pro Se Party
X____ Form D-P
X____ T-1080 Form
X____ Financial Affidavit
X____ Local Rule 24.1 Statement
X____ Certificate of Service
X____ Format Motion
X____ Format Brief
X____ Format Appendix
X____ Pro Se Scheduling Notification
X____ Oral Argument Statement (Local Rule 34.1(a))
X____ Form 6 Certificate of compliance
NA___ Form 7 Declaration of Inmate Filing (only if detained/incarcerated)