UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 18-1225

**Motion for:** Admission Pro Hac Vice

**Caption [use short title]**

Set forth below precise, complete statement of relief sought:

List of Courts admitted to is attached.

Neelam Taneja aka Neelam Uppal v. Indest, et al.

**MOVING PARTY:** The Health Law Firm, et al.
**OPPOSING PARTY:** Neelam Taneja Uppal

[ ] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [✓] Appellee/Respondent

**MOVING ATTORNEY:** George F. Indest III
**OPPOSING ATTORNEY:** Neelam Taneja Uppal (pro se)

[name of attorney, with firm, address, phone number and e-mail]

George F. Indest III

The Health Law Firm

1101 Douglas Avenue, Altamonte Springs, Florida 32714

Phone: (407) 331-6620

E-mail: GIndest@TheHealthLawFirm.com; and
CourtFilings@TheHealthLawFirm.com

**Court- Judge/ Agency appealed from:** U.S. District Court Southern District of New York (Case No.: 17-cv-5618)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes [✓] No (explain): This is a Motion for Admission pro hac vice.

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date:

**Signature of Moving Attorney:**
/s/ George F. Indest III  Date: 4/30/2018  Service by: [ ] CM/ECF [✓] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# LIST OF COURTS TO WHICH GEORGE F. INDEST III, ESQUIRE IS ADMITTED

### FEDERAL COURTS:

1. U.S. Court of Appeals for the Fifth Circuit
2. U.S. Court of Appeals for the Sixth Circuit
3. U.S. Court of Appeals for the Eleventh Circuit
4. U.S. Supreme Court
5. U.S. Court of Appeals for Veteran Claims
6. U.S. Court of Appeals for the Armed Forces
7. U.S. Court of Federal Claims
8. U.S. Tax Court
9. U.S. District Court, District of Columbia
10. U.S. District Court, Eastern District of Louisiana
11. U.S. District Court, Eastern District of Michigan
12. U.S. District Court, Middle District of Florida
13. U.S. District Court, Southern District of Florida (currently inactive)
14. U.S. District Court, Western District of Louisiana

### STATE COURTS:

15. District of Columbia
16. Florida
17. Louisiana

GFI/tm
S:\Collections\1516-Uppal, Neelam, MD\12-2nd Circuit Court\550-DOCS WE PREPARED\List of Courts-Admitted.wpd

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
NEW YORK, NEW YORK

NEELAM TANEJA
a/k/a NEELAM UPPAL,

        Appellant - Plaintiff,

vs.

THE HEALTH LAW FIRM and
GEORGE F. INDEST III,

        Appellee - Defendants.
_____/

Case No.: 18-1225

DC Case No.: 17-cv-5618
DC Court: SDNY (New York City)

DC Judge: Ramos

## AFFIDAVIT OF GEORGE F. INDEST III, PRESIDENT & MANAGING PARTNER, THE HEALTH LAW FIRM, P.A.

I, George F. Indest III, having been duly sworn, do hereby depose and state:

1. My name is George F. Indest III. I am the President and Managing Partner of The Health Law Firm, P.A., which was formerly known as George F. Indest III, P.A.-The Health Law Firm. It is a Florida professional service corporation and a law firm. It is the creditor of Neelam Taneja Uppal, a/k/a Neelam Taneja.

2. I am an attorney at law, and a member in good standing of the bars of Florida, Louisiana and the District of Columbia. I have practiced law for over 35 years.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are not presently any disciplinary proceedings against me.

6. I was admitted pro hac vice in the case below <u>Neelam Taneja, a/k/a Neelam Uppal v. The Health Law Firm, et al.</u>, Case No. 17-cv-5618, Bankruptcy Appeal Panel, Southern District of New York. I have also been admitted pro hac vice in a related Second Circuit Court of Appeals case, currently pending, <u>Neelam T. Uppal v. George F. Indest et al.</u>, Case No. 17-3362 CV, Second Circuit Court of Appeals.

AND FURTHER THIS AFFIANT SAYETH NOT.

*George F. Indest* III
_____
GEORGE F. INDEST III

STATE OF FLORIDA )
)
COUNTY OF SEMINOLE )

## NOTARIZATION

BEFORE ME, the undersigned authority, personally appeared GEORGE F. INDEST III, as President of The Health Law Firm, who is personally known to me, after first being duly sworn, did subscribe his name to the forgoing and did state that the foregoing is true, having taken an oath.

SWORN/AFFIRMED TO AND SUBSCRIBED before me this 30th day of April 2018.

TINA MESIBOV
Commission # GG 050045
Expires December 11, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

(SEAL)

*Tina Mesibov*
_____
SIGNATURE OF NOTARY PUBLIC

Tina Mesibov
_____
TYPED/PRINTED NAME OF NOTARY PUBLIC
NOTARY PUBLIC - STATE OF FLORIDA
AT LARGE

GFI/pa
S:\Collections\1516-Uppal, Neelam, MD\017- 2nd Cir-Appeal NY Bankr Appeal 18-1225\Pleadings Drafts\Motion for Admission\Affidavit-Indest.wpd

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
NEW YORK, NEW YORK

NEELAM TANEJA
a/k/a NEELAM UPPAL,

       Appellant - Plaintiff,

vs.

THE HEALTH LAW FIRM and
GEORGE F. INDEST III,

       Appellee - Defendants.
_____/

Case No.: 18-1225

DC Case No.: 17-cv-5618
DC Court: SDNY (New York City)

DC Judge: Ramos

## NOTICE OF SERVICE OF MOTION FOR ADMISSION
## PRO HAC VICE ON APPELLANT/PLAINTIFF

**I HEREBY CERTIFY** that I served a copy of the attached Motion for Admission Pro Hac Vice on Appellant/Plaintiff Neelam Taneja Uppal (pro se) via her e-mail address: nneelu123@aol.com; I have also served a copy of this on Appellant/Plaintiff Neelam Taneja Uppal (pro se) by mailing it via U.S. mail, postage prepaid to her at the following addresses:

1) 1370 Broadway #504, New York, New York 10018;

2) 17715 Gulf Boulevard, #705, Redington Shores, Florida 33782; and

3) Post Office Box 1002, Largo, Florida 33779;

on this __30th__ day of April 2018.

/s/ George F. Indest III
GEORGE F. INDEST III, J.D., M.P.A., LL.M.
Florida Bar No.: 382426
(Pro Hac Vice Status Pending)
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM**

1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR APPELLEE/DEFENDANT,
THE HEALTH LAW FIRM, P.A.**

Attachment: Motion for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u>

GFI/pa
S:\Collections\1516-Uppal, Neelam, MD\017- 2nd Cir-Appeal NY Bankr Appeal 18-1225\Pleadings Drafts\Motion for Admission\Notice of Service-Motion for Admission.wpd

# Tina Mesibov

| | |
|---|---|
| **From:** | Tina Mesibov |
| **Sent:** | Monday, April 30, 2018 3:39 PM |
| **To:** | nneelu123@aol.com |
| **Cc:** | Paula Alexander; Tina Mesibov |
| **Subject:** | SERVICE OF COURT DOCUMENT Case No.: 18-1225 |
| **Attachments:** | Notice of Service-Motion Admit-PHV.pdf |

| COURT | United States Court of Appeals for the Second Circuit New York, New York |
|---|---|
| CASE NUMBER | 18-1225 |
| Appellant/Plaintiff | Neelam Taneja a/k/a Neelam Uppal |
| Appellee/Defendant | The Health Law Firm |
| DOCUMENT(S) | Notice of Service of Motion for Admission Pro Hac Vice on Appellant/Plaintiff |
| SENDER | George F. Indest III, Esquire THE HEALTH LAW FIRM Attorney for The Health Law Firm Telephone Number: (407) 331-6620 |

Tina Mesibov
Paralegal/Legal Assistant
The Health Law Firm
1101 Douglas Avenue
Altamonte Springs, FL  32714
Phone:  (407) 331-6620
Fax:      (407) 331-3030
E-mail:  tmesibov@thehealthlawfirm.com



Website | Blog | Facebook | Twitter

This communication is privileged and confidential.  It is intended only for the person(s) to whom it is directed.  It may contain information that is sensitive, private and covered by the attorney-client privilege, the attorney work-product privilege, the medical peer review privilege, the medical risk management privilege or other privileges.  If you have received this by mistake, please do not read it or copy it.  Please delete it immediately and notify the undersigned at the address and telephone number indicated (including your e-mail address so that we may correct any erroneous information we may have).  We do not provide legal advice over the internet or in e-mails, nor will be agree to represent a party through e-mail.

1