# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of May, two thousand and eighteen.

Before: Christopher F. Droney,
       *Circuit Judge.*

---

In Re: Neelam Taneja
    Debtor.

**ORDER**

*************************************

Docket No. 18-1225

Neelam Taneja, AKA Neelam Uppal,

    Debtor - Appellant,

v.

The Health Law Firm, George F. Indest, III,

    Appellees.

---

    George F. Indest seeks to be admitted *pro hac vice* for the purpose of representing the Appellees.

    IT IS HEREBY ORDERED that the motion is GRANTED. Counsel is directed to register as a Filing User under Local Rule 25.1 to file documents electronically in this case within three (3) days of the date of this order.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

