## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Neelam Taneja aka Neelam Uppal v. The Health Law Firm, et al.  Docket No.: 18-1225

Lead Counsel of Record (name/firm) or Pro se Party (name): George F. Indest III, The Health Law Firm

Appearance for (party/designation): Appellees George F. Indest III and The Health Law Firm

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.   The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect.   Please change the following parties' designations:
   Party                                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: George F. Indest III
Firm: The Health Law Firm
Address: 1101 Douglas Avenue, Altamonte Springs, Florida 32714
Telephone: (407) 331-6620                         Fax: (407) 331-3030
Email: GIndest@TheHealthLawFirm.com

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.   The short title, docket number, and citation are:_____

[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are:   Neelam Taneja v. The Health Law Firm, 2d Cir. No. 17-3362; Neelam Taneja v. Sapir, 2d Cir. No. 18-890.

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:  *George F. Indest III  5/3/2018*
Type or Print Name: George F. Indest III
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.