UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand and eighteen.

_____

| | |
|---|---|
| In Re: Neelam Taneja | **ORDER** |
| Debtor. | Docket Number: 18-1225 |

**********************************************************

Neelam Taneja, AKA Neelam Uppal,

    Debtor - Appellant,

v.

The Health Law Firm, George F. Indest, III,

    Appellees.
_____


A notice of appeal was filed on April 26, 2018. The filing fee of $505.00 was due to be paid to the district court by May 10, 2018. The case is deemed in default.

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective June 6, 2018 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court