# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand and eighteen.

_____

| | |
|---|---|
| In Re: Neelam Taneja | **ORDER** |
| Debtor. | Docket Number: 18-1225 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Neelam Taneja, AKA Neelam Uppal,

      Debtor - Appellant,

v.

The Health Law Firm, George F. Indest, III,

      Appellees.

_____

A notice of appeal was filed on April 26, 2018. The Appellant's Acknowledgment and Notice of Appearance Form due May 11, 2018 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 6, 2018 if the Acknowledgment and Notice of Appearance Form is not filed by that date.


For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court