UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand and eighteen.

_____

| | |
|---|---|
| In Re: Neelam Taneja | **ORDER** |
| Debtor. | Docket Number: 18-1225 |

**********************************************************

Neelam Taneja, AKA Neelam Uppal,

    Debtor - Appellant,

v.

The Health Law Firm, George F. Indest, III,

    Appellees.

_____

A notice of appeal was filed on April 26, 2018. Appellant's Form D-P was due May 10, 2018. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective June 6, 2018 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court