## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Neelam Uppal v Healthcare  Docket No.: 18-1225-CV

Lead Counsel of Record (name/firm) or Pro se Party (name): Neelam Uppal, Prose

Appearance for (party/designation): Apellant

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
Parties: _____
[ ] Incorrect. Please change the following parties' designations:
Party                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Neelam Uppal
Firm: _____
Address: P.O box 1002, Largo, FL - 33779
Telephone: 646-740-9141    Fax: _____
Email: nneel123@aol.com

### RELATED CASES

[ ] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are:_____

[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: 17-3362

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
    OR
Signature of pro se litigant: N. Uppal
Type or Print Name: Neelam Uppal
[✓] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Neelam Uppal

**CERTIFICATE OF SERVICE***

Docket Number: 18-1225

v.

Healthway from
George Dudest

I, Neelam Uppal, hereby certify under penalty of perjury that
(print name)

on 5/15/18, I served a copy of Acknowledgment
(date)
& notice & Transcript
(list all documents)

by (select all applicable)**

___ Personal Delivery    ✓ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

George Dudest, 1101 Douglas Ave, Altamonte Springs FL-32714
Name    Address    City    State    Zip Code

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
|      |         |      |       |          |
|      |         |      |       |          |
|      |         |      |       |          |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5/14/18
Today's Date

Signature

Certificate of Service Form (Last Revised 12/2015)