# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

RECEIVED
2018 MAY [?] PM 5:02
SECOND CIRCUIT

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT |||
|---|---|---|
| **CASE TITLE** Neelam Uppal v. Healthcare firm George Indist- | **DISTRICT** Southern District NY <br> **JUDGE** E. Ramos <br> **COURT REPORTER** | **DOCKET NUMBER** 17-CV-5618 <br> **APPELLANT** Neelam Uppal <br> **PRO SE APPELLANT** Neelam Uppal |

**Check the applicable provision:**
- [ ] I am ordering a transcript.
- [x] I am not ordering a transcript

**Reason for not ordering a transcript:**
- [ ] Copy is already available
- [x] No transcribed proceedings
- [ ] Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT** [ ] Funds [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**
- [ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
- [ ] PREPARE TRANSCRIPT OF TRIAL
- [ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
- [ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (APPELLANT'S NAME, ADDRESS, TELEPHONE)

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE |
|---|---|
| N. Uppal | 5/14/18 |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTED | | DATE |
|---|---|---|

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Neelam Uppal

**CERTIFICATE OF SERVICE***

Docket Number: 18-1225

v.

Healthlaw firm
George Indest

I, Neelam Uppal, hereby certify under penalty of perjury that
(print name)
on 5/15/18, I served a copy of Acknowledgment
(date)
& notice & Transcript
(list all documents)

by (select all applicable)**

___ Personal Delivery ✓ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier ___ E-Mail (on consent)

on the following parties:

George Indest, 1101 Douglas Ave, Altamonte Springs FL-32714
Name         Address            City        State      Zip Code

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5/14/18
Today's Date                                    Signature

Certificate of Service Form (Last Revised 12/2015)