UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
NEW YORK, NEW YORK

NEELAM TANEJA
a/k/a NEELAM UPPAL,[1]       Case No.: 18-1225

    Appellant-Plaintiff,

vs.      DC Case No.: 17-cv-5618
     DC Court: SDNY (New York City)

THE HEALTH LAW FIRM and      DC Judge: Ramos
GEORGE F. INDEST III,

    Appellees-Defendants.
_____/

## APPELLEES'-DEFENDANTS'

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

**COME NOW** Appellees-Defendants the Health Law Firm and George F. Indest III,[2] and file this Notice of Filing Supplemental Authority as follows:

    Motion Order, dated May 17, 2018, in <u>Uppal v. George F. Indest, III, et al.</u>, 2d Circuit Court of Appeals, Case No.: 17-3362.

---

[1] Sometimes Appellant-Plaintiff-Debtor Neelam Taneja Uppal uses "Taneja" as her last name and sometimes she uses "Uppal" as her last name.

[2] The Health Law Firm is a judgment creditor of Appellant-Plaintiff-Debtor Neelam Taneja Uppal and was listed as a creditor in the New York bankruptcy action below. George F. Indest III is merely one of the attorneys of The Health Law Firm and is not, himself, a creditor. However, in the Adversary Proceeding that Appellant-Plaintiff-Debtor Neelam Taneja Uppal filed in the New York bankruptcy proceeding below, she named Mr. Indest, individually as a Defendant.

The foregoing is filed in support of the following:

> Appellees'-Defendants' Motion to Require Appellant-Plaintiff to Pay Sanctions, Costs, and Attorney's Fees Assessed by Lower Courts Prior to Appeal, dated May 16, 2018 (Doc. 23).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed this motion along with its attached exhibits with the Clerk of Court using the CM/ECF System, which will automatically serve each party that is a registered CM/ECF user for this case; I have also served a copy of this on Debtor Neelam Taneja Uppal (pro se) via her e-mail address: nneelu123@aol.com; I have also served a copy of this on Debtor Neelam Taneja Uppal (pro se) by mailing it via U.S. mail, postage prepaid to her at the following addresses:

1) 17715 Gulf Boulevard, #705, Redington Shores, Florida 33782; and
2) Post Office Box 1002, Largo, Florida 33779;

on this 18th day of May 2018.

/s/ George F Indest III

_____

**GEORGE F. INDEST III, J.D., M.P.A., LL.M.**
Florida Bar No.: 382426 (Pro Hac Vice)
Primary e-mail: GIndest@TheHealthLawFirm.com
Secondary e-mail: CourtFilings@TheHealthLawFirm.com
**THE HEALTH LAW FIRM**
1101 Douglas Avenue
Altamonte Springs, Florida 32714
Telephone: (407) 331-6620
Telefax: (407) 331-3030
**ATTORNEYS FOR APPELLEES/DEFENDANTS,**
**THE HEALTH LAW FIRM, P.A. & INDEST**

Attached: Motion Order, dated May 17, 2018, in <u>Uppal v. George F. Indest, III, et al.</u>, 2d Circuit Court of Appeals, Case No.: 17-3362

GFI/pa
S:\Collections\1516-Uppal, Neelam, MD\017- 2nd Cir-Appeal NY Bankr Appeal 18-1225\Pleadings Drafts\Not of Filing Supp Authority.wpd

S.D.N.Y.-N.Y.C.<br>
17-cv-7072<br>
McMahon, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of May, two thousand eighteen.

Present:

    Robert D. Sack,
    Reena Raggi,
        *Circuit Judges,*
    Lewis A. Kaplan,[*]
        *District Judge.*

Neelam T. Uppal,

        *Plaintiff-Appellant*,

    v.                                                                                                       17-3362

George F. Indest, III, et al.,

        *Defendants-Appellees*.

Appellant, *pro se*, moves for leave to proceed *in forma pauperis* ("IFP"), an extension of time to file a brief, and "an injunction pending appellate review." Appellees George F. Indest, III and the Health Law Firm move for the imposition of sanctions and for the appeal to be dismissed because Appellant had not paid the filing fee or moved for IFP status.

Upon due consideration, it is hereby ORDERED that the IFP motion is DENIED because Appellant has not demonstrated that she is indigent. It is further ORDERED that the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Pillay v. INS*, 45 F.3d 14, 17 (2d Cir. 1995) (holding that Court has inherent authority to dismiss an appeal that lacks an arguable basis in law or fact). Appellant's

---

[*] Judge Lewis A. Kaplan, of the United States District Court for the Southern District of New York, sitting by designation.

motions for an extension of time to file a brief and "an injunction pending appellate review" are DENIED as moot.

Appellees' motion to dismiss based on Appellant's failure to pay the filing fee or move for IFP status is DENIED as moot, and the motion for sanctions is DENIED.

                                          FOR THE COURT:
                                          Catherine O'Hagan Wolfe, Clerk of Court