# In the United States Court of Appeals

## Second Circuit

NEELAM UPPAL,

    Appellant

v.

GEORGE INDEST, et al

    Appellee/ *Respondents*

## REPLY TO APPELLEE'S MOTION FOR SANCTIONS AND PAYMENTS

Comes Now, Appellant Neelam Uppal Files a REPLY TO APPELLEE'S MOTION and states grounds as follows:

1. The Appellee, George Indest has filed a motion that is meritless and does not make sense and is a frivolous motion against the Appellant.

2. This case is an appeal on an order of the United States District Court denying Appeal from the adversary proceeding in the Bankruptcy court on false claims, The bankruptcy court dismissed the case without a trial and sanctioned the Appellant under rule 9011 after the dismissal of the case with no grounds of misconduct and no notice of any misconduct. The

District court has supported the errors and determinations of the lower court and has further sanctioned the Appellant.

3. However, the District court has already denied bond and payment of the judgement pending review. (See Exhibit 1)

4. Appellant has a constitutional right under 5th, 7th and 14th Amendments to file an Appeal to get justice. Therefore, the Appellee's motion is unconstitutional. On the contrary, it is the Appellee who needs to be sanctioned for his acts of Perjury and deceptive tactics.

5. It is the Appellee who is vexatious and abusive litigant. The same exact motions for sanctions and attorney fees was just denied by Judge in the related case under 17-3362. (see exhibit 2 & 3)

6. It Mr. Indest who circumventing the higher court's processto manipulate the Judge enter orders to harass and rob the Appellant. This is Civil theft and Fraud.

7. CIVIL RIGHTS VIOLATIONS:

    A) Sixth amendment of the Civil Rights amenmendment of 1964- by Abuse of Process

    B) Eighth amendment of the Civil Rights amendment of 1964 (Johnson v. Transportation Agency, Santa Clara County), and upheld state and local laws prohibiting gender discrimination.

    C) The Respondent's 14th amendment of Constitutional Rights were violated by Denial of due process for Failure to hear her complaint.

8. Mr. Indest's Bond and attorney fees pleadings were denied in the District court( Exhibit 1) and in the related case in the United States District court, 17-3362, such that he is barred against filing any new documents that are not on the record in this appeal.

   However, the Appellee is filing a 108 pages document proving the abuse of the legal system to exploit and rob the public on fraudulent attorney bills.

9. The Jurisdiction is proper pursuant to:

   **28 U.S. Code § 1294** - Circuits in which decisions reviewable;

Except as provided in sections 1292(c), 1292(d), and 1295 of this title, appeals from reviewable decisions of the district and territorial courts shall be taken to the courts of appeals as follows:

(1) From a district court of the United States to the court of appeals for the circuit embracing the district;

    **10.28 U.S.C. 1334 (a). 28 U.S. Code § 1334 - Bankruptcy cases and proceedings(a) Except as provided in subsection (b) of this section, the district courts shall have <u>original and exclusive</u> jurisdiction of all cases under title 11.**

Which States.

*(e)The district court in which a case under title 11 is commenced or is pending shall have exclusive jurisdiction—*

*(1)of all the property, wherever located, of the debtor as of the commencement of such case,*

6. The Action of False Claims, Conspiracy, Perjury, RICO happened in the Southern district of New York .

7. The Appellant has Constitutional right to file for Appeal to seek justice.

8. Therefore the Appellee's Opposition is 'Moot', such that , the Appellant's relief for 'Injunction'

**WHEREFORE**, the petitioner Dr. Uppal respectfully prays this Honorable Court **Deny** the Appellee's unlawful motions to this Court and proceed with the Appeal based on the following grounds :

    A.    Find that the Appellee's proceedings against Dr.Uppal violate her rights under the State and Federal Constitutions as no due process rights are being allowed.

    B.    Refrain and Enjoin the Appellees' from any legal proceedings against the Appellant pending appeal;

    C.    Find that the Appellee's proceedings against the appellant Neelam Uppal are barred by the doctrines of *collateral estoppel* and *res*

*judicata;*

D. Declare that the Appellee is not allowed to bring any complaints, motions or any other Pleadings in any County, Circuit, or State pending appeal.

Respectfully Submitted,

s/Neelam Uppal
PO box 1002
Largo, Florida-33779
7274030022
Nneelu123@aol.com

CERTIFICATE OF SERVICE
The aforesaid pleading has been served to Mr. George Indest, Healthlaw firm, 1101 Douglas Ave,
Altamonte Springs, Florida-32714.

s/Neelam Uppal
NEELAM UPPAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 04/27/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NEELAM TANEJA a/k/a NEELAM UPPAL,<br><br>                    Debtor. | |
| NEELAM TANEJA a/k/a NEELAM UPPAL,<br><br>                      Debtor/Appellant,<br><br>- against -<br><br>THE HEALTH LAW FIRM and GEORGE INDEST,<br><br>                      Creditor/Appellees. | **OPINION AND ORDER**<br><br>17 Civ. 5618 (ER) |

Ramos, D.J.:

On April 16, 2018, this Court issued an order affirming the decision of the Bankruptcy Court below and sanctioning Appellant Neelam Uppal ("Uppal") in the amount of $5,000. *See* Doc. 67. Uppal has filed a notice of appeal and a motion for stay pending appeal. *See* Docs. 69–70. Appellees The Health Law Firm and George Indest ("Health Law") have filed a request that this court require Uppal to pay some or all of the sanctions, costs, and attorney's fees imposed against her before proceeding with an appeal. *See* Doc. 71.

The Court DENIES Uppal's request for a stay pending appeal to the Second Circuit largely for the same reasons it denied her request for a stay pending the Court's decision on her appeal in November 2017. *See* Doc. 35. Namely, although Uppal has presented several arguments, she has not shown that she has a likelihood of success on the merits, nor has she shown that she may suffer irreparable harm if a stay is not granted.

Although the Court will not grant Uppal's request for a stay, it also will not exercise its discretion to impede her right to appeal. Therefore, Health Law's request, which asks that the Court require Uppal to pay or post a bond representing the amount awarded against her below, is also DENIED.

It is SO ORDERED. The Clerk of Court is respectfully directed to terminate the motions (Docs. 70 and 71) and to mail a copy of this order to Taneja.

Dated: April 27, 2018
New York, New York

Edgardo Ramos, U.S.D.J.

2

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of May, two thousand and eighteen.

Neelam T. Uppal,

    Plaintiff - Appellant

v.

George F. Indest, III, The Health Law Firm,
Charlene Rodriguez, George Barry Wilkinson,
Wilkinson & Sadorf, P.A., Wells Fargo,
Nationstar Mortgage LLC, Law Palmer Conde
Associates,

    Defendants - Appellees.

**ORDER**

Docket No. 17-3362

    IT IS HEREBY ORDERED that the pending motions for remand and for attorney's fees and costs (docket entries 39, 51, 72) are DENIED as moot in light of the order dated May 17, 2018.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

# PRIORITY® MAIL ★

DATE OF DELIVERY SPECIFIE[D]

USPS TRACKING™ INCLUDED

INSURANCE INCLUDED *

PICKUP AVAILABLE

* Domestic only

[…] USED INTERNATIONALLY, […] USTOMS DECLARATION […]EL MAY BE REQUIRED.

FROM:

## PRIORITY® ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Neelam Uppal
P.O Box 1002
Largo, FL - 33779

TO:

Clerk
United States Court of Appeals
Rm - 150
40 Foley Square
New York, N.Y - 10007

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

00001000014

---

PRIORITY MAIL 3-Day®

0 Lb 3.00 Oz

Expected Delivery Day: 05/24/2018    0006

C014

USPS TRACKING NUMBER



9505 5265 2802 8141 1203 94




UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.