# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 18-1225

Motion for: To proceed for Forma Pauperis

Set forth below precise, complete statement of relief sought:

Appellant wants to proceed as under Forma-Pauperis

Caption [use short title]

Neelam Uppal

v.

George Indest, Healthlaw firm

MOVING PARTY: Neelam Uppal    OPPOSING PARTY: Healthlaw firm, et al
☐ Plaintiff    ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Neelam Uppal    OPPOSING ATTORNEY: Healthlaw firm, et al
[name of attorney, with firm, address, phone number and e-mail]

P.O box 1002
Largo FL. 33779

1101 Douglas Ave
Altamonte springs
FL-33714

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☒ No (explain): no contact

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is oral argument on motion requested? ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☒ No If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**
N. Uppal    Date: 6/1/17    Service by: ☒ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

Appellant request approval of IFP as she is unemployed and has Medical disability. The IFP was approved in related case. No. appeal IFP is filed in District Court No. appeal

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
NEELAM UPPAL,                                            :
                                                         :
                              Plaintiff,                 :
                                                         :         16-CV-3038 (VSB)
              -v-                                        :
                                                         :              ORDER
NEW YORK STATE DEPARTMENT OF                             :
HEALTH, et al.,                                          :
                                                         :
                              Defendants.                :
                                                         :
-------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/7/2017__

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff's motion for leave to amend the complaint, (Doc. 47), and application to proceed without prepaying fees or costs, (Doc. 50). Accordingly, it is hereby

ORDERED that, on or before November 30, 2017, Plaintiff shall submit either a copy of the proposed amended complaint, or a detailed letter sufficiently explaining how any proposed amendments to the operative complaint would alleviate the deficiencies identified by Defendants in their motion to dismiss, (Doc. 38).

IT IS FURTHER ORDERED that leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915.

The Clerk's Office is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

SO ORDERED.

Dated:   November 6, 2017
         New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Neelam Uppal

v.

George Indest

**CERTIFICATE OF SERVICE***

Docket Number: 18-1225

I, Neelam Uppal, hereby certify under penalty of perjury that
(print name)
on 5/31/18, I served a copy of Motion for Forma Pauperis
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery    ✓ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties:

George Indest  1101 Douglas Ave  Altamonte Springs,  FL  32714
Name           Address           City              State Zip Code

Name           Address           City              State   Zip Code

Name           Address           City              State   Zip Code

Name           Address           City              State   Zip Code

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

Today's Date                          Signature

Certificate of Service Form (Last Revised 12/2015)

Case 18-1225, Document 50, 06/05/2018, 2317979, Page5 of 5

PRESS FIRMLY TO SEAL

05/31/18
R2305P1
11082485

# PRIORITY MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
- *Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

FROM:

Neelam Uppal
P.O box 1002
Largo, FL - 33775



TO:

The clerk
U.S. Court of Appeals
Thurgood Marshall bldg
40 Foley Square
Room 150
New York, N.Y
10007

Expected Delivery Day: 06/04/2018

**USPS TRACKING NUMBER**



9505 5265 2802 8151 1226 09

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.