# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand and eighteen.

_____

| | |
|---|---|
| In Re: Neelam Taneja | **ORDER** |
| Debtor. | Docket No. 18-1225 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Neelam Taneja, AKA Neelam Uppal,

      Debtor - Appellant,

v.

The Health Law Firm, George F. Indest, III,

      Appellees.

_____

Appellant Neelam Taneja's submission of a Pro se Scheduling Notification does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Pro se Scheduling Notification is stricken from the docket.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court