**CLERK'S OFFICE**
**U.S. COURT OF APPEALS**
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS

USM40LD SDNY



ZIP 10007
041L11244114

NIXIE          339   CE 1          0208/08/18
             RETURN TO SENDER
          UNDELIVERABLE AS ADDRESSED
               UNABLE TO FORWARD
BC: 10007              *0345-02595-18-44

33771

18-1225

Neelam Taneja
P.O. Box 1002
Largo, FL 33781

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand and eighteen.

In Re: Neelam Taneja              **ORDER**
   Debtor.                 Docket No. 18-1225

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Neelam Taneja, AKA Neelam Uppal,

   Debtor - Appellant,

v.

The Health Law Firm, George F. Indest, III,

   Appellees.

  Appellant Neelam Taneja's submission of a Pro se Scheduling Notification does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

  IT IS HEREBY ORDERED that the said Pro se Scheduling Notification is stricken from the docket.

                  For The Court:
                  Catherine O'Hagan Wolfe,
                  Clerk of Court