UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 18-1225

Caption [use short title]

Motion for: Extension of Time to file initial Brief.

Neelam Uppal

v.

Healthlaw firm, et al

RECEIVED 2018 AUG 16 PM 3:59 U.S. COURT OF APPEALS SECOND CIRCUIT

Set forth below precise, complete statement of relief sought:

Request to extend time to file Initial Brief as the Appellant had a recent Heart attack and is still recovering as to mitigate stress at this time of rehab.

MOVING PARTY: 
OPPOSING PARTY:

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: Neelam Uppal   OPPOSING ATTORNEY: George Indest
[name of attorney, with firm, address, phone number and e-mail]
P.O. box 1002
Largo, FL - 33779

Healthlaw firm
1101 Douglas Ave
Altamonte Springs, FL 32714

Court- Judge/ Agency appealed from: Edward Ramos

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☒ No (explain): unable to contact

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has this request for relief been made below? ☐ Yes ☒ No
Has this relief been previously sought in this court? ☐ Yes ☒ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set? ☐ Yes ☒ No  If yes, enter date:

Signature of Moving Attorney:
N. Uppal   Date: 8/15/18   Service by: ☒ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

BayCare
Medical Group

RECEIVED
2018 AUG 16 PM 3:59
U.S. COURT OF APPEALS
SECOND CIRCUIT

# Medical Work Release

Main: (727) 724-8611
Fax: (727) 724-0425

Patient Name: Niriani Uppal          Date: 6/28/18
Date of Birth: 4/3/40

To whom it may concern:

This letter is to verify that the patient named above was seen in our office on

6/28/18 , and is currently under my medical care.

This patient is scheduled to have an echo and cardiac rehab, dates unknown. on ____________.
At this time, can not attend court appearances
This patient will be released to return to work/school on or return to work until
The following restrictions apply: completed.

- ☐ The patient can return to work/school for only ________ hours a day.
- ☐ The patient is required to only do __________ level activity.
- ☐ The patient is required to not do any heavy lifting until further notice.
- ☐ There are no present restrictions at this time.

If you have any questions, please feel free to call our office at (727) 724-8611.

Thank you,

[illegible] M.D.

Case 18-1225, Document 63, 08/16/2018, 2373655, Page3 of 4

Retail

**US POSTAGE PAID**
**$6.70**

07

1006

**PRIORITY MAIL 3-Day ®**

DELIVERY DAY: 08/16/2018    C014

**USPS TRACKING NUMBER**



9505 5158 6007 8225 3751 55

00001000014    EP14F July 2013
OD: 12.5 x 9.5

FROM:

# PRIORITY
## ★ MAIL ★

**UNITED STATES POSTAL SERVICE ®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Neelam Taneja
MA PO box 1002
Largo, FL-33779



TO:
The clerk
U.S Court of Appeals
Room 1500
40 Foley sq
New York, N.Y-10007

Label 228, July 2013    FOR DOMESTIC AND INTERNATIONAL USE

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



**UNITED STATES POSTAL SERVICE ®**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_Neelam Uppal_

**CERTIFICATE OF SERVICE***

Docket Number: 18-1225

v.

_Health law firm et al_

I, _Neelam Uppal_, hereby certify under penalty of perjury that
(print name)

on _8/15/18_, I served a copy of _Motion for extension_
(date)

_____
(list all documents)

by (select all applicable)**

___ Personal Delivery    ✓ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| George Indest | 1101 Douglas Ave | Altamonte Springs | FL | 32271 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_N. Uppal_    _8/14/18_
Today's Date    Signature

Certificate of Service Form (Last Revised 12/2015)