# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of August, two thousand and eighteen.

_____

In Re: Neelam Taneja
        Debtor.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Neelam Taneja, AKA Neelam Uppal,

      Debtor - Appellant,

v.

The Health Law Firm, George F. Indest, III,

      Appellees.
_____

**ORDER**

Docket No. 18-1225

Appellant, pro se, moves for an extension of time to file the opening brief.

IT IS HEREBY ORDERED that the motion is DENIED as unnecessary. The briefing schedule is stayed pending the Court's decision on Appellee's motion to dismiss and Appellant's motion to proceed *in forma pauperis*.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

