S.D.N.Y.-N.Y.C.
17-cv-5618
Ramos, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of August, two thousand eighteen.

Present:
    Gerard E. Lynch,
    Susan L. Carney,
    Christopher F. Droney,
        *Circuit Judges*.

In re Neelam Taneja,

    *Debtor*.

Neelam Taneja, AKA Neelam Uppal,

    *Debtor-Appellant*,

v.                                                             18-1225

The Health Law Firm, George F. Indest, III,

    *Appellees*.

Appellant, pro se, moves for leave to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

Appellees move for sanctions. It is hereby ORDERED that the motion is DENIED. However, Appellant has filed at least one other frivolous appeal in this Court: 2d Cir. 17-3362. Accordingly, Appellant is hereby warned that the continued filing of duplicative, vexatious, or clearly meritless appeals, motions, or other papers will result in the imposition of a sanction, which may require

Appellant to obtain permission before filing any further submissions in this Court (a "leave-to-file" sanction).  See *Sassower v. Sansverie*, 885 F.2d 9, 11 (2d Cir. 1989).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk of Court