**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: August 31, 2018 | DC Docket #: 17-cv-5618 |
| Docket #: 18-1225bk | DC Court: SDNY (NEW YORK CITY) |
| Short Title: Neelam Taneja aka Neelam Uppal | DC Judge: Ramos |

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.