**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: September 12, 2018 | DC Docket #: 17-cv-5618 |
| Docket #: 18-1225bk | DC Court: SDNY (NEW YORK CITY) |
| Short Title: Neelam Taneja aka Neelam Uppal | DC Judge: Ramos |

**NOTICE OF DEFECTIVE FILING**

On September 12, 2018 the Motion for reconsideration/reconsideration en banc on behalf of the Appellant was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
    for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs
    *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
\_\_X\_\_\_\_ **Oversized filing** *(FRAP 27 (motion), FRAP 32 (brief))*: **SEE BELOW**
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
\_\_X\_\_\_\_ **Other: SEE BELOW**

**Please re-submit the motion in compliance with the following:**

**\*Limit Motion for reconsideration/reconsideration en banc content to 15 pages or 3900 words (Local Rule 40.2, FRAP 35, 40)**
- A separate <u>motion for permission to file oversized motion for reconsideration/reconsideration en banc</u> is required if motion for reconsideration/reconsideration en banc is over 15 pages or 3900 words.
- If use word count, must include word count certification.

**\*No exhibit allowed except the Court of Appeals order to be reconsidered (Local Rule 40.2, FRAP 35, 40)**
- A separate <u>motion for permission to file exhibits to motion for reconsideration/reconsideration en banc</u> is required prior to inclusion of exhibits.

**See Local Rule 40.2, FRAP 35, 40. A T1080 form and a Certificate of Service form are enclosed.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than October 3, 2018. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8541.