UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of October, two thousand and eighteen,

In Re: Neelam Taneja
        Debtor.

**ORDER**
Docket No. 18-1225

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Neelam Taneja, AKA Neelam Uppal,

        Debtor - Appellant,

v.

The Health Law Firm, George F. Indest, III,

        Appellees.

Appellant's submission of a Motion for reconsideration/reconsideration en banc does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Motion for reconsideration/reconsideration en banc is stricken from the docket.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

