CC

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 18-1225

**Caption [use short title]**

**Motion for:** To Recall the Mandate & leave to move for Motion for Reconsideration & Rehearing enbad

**Set forth below precise, complete statement of relief sought:**
See attached

Neelam Uppal

v.

Healthlaw firm, et al

Received 2018 OCT 17 PM 1:00

**MOVING PARTY:** Neelam Uppal      **OPPOSING PARTY:** George Indest

☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Neelam Uppal      **OPPOSING ATTORNEY:** George Indest
[name of attorney, with firm, address, phone number and e-mail]
P.O box 1002                                1101 Douglas Ave
Largo, FL-33779                             Altamonte Springs,
                                            FL-32714

**Court- Judge/ Agency appealed from:** E.D. Ramos

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☒ No (explain): unable to contact

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?       Yes ☒No
Has this relief been previously sought in this court?    Yes  No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☒Yes  ☐No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐Yes ☐No If yes, enter date:

**Signature of Moving Attorney:**
N Uppal   Date: _____ Service by: ☐ CM/ECF ☒ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# In the United States Court of Appeals
## Second Circuit

---

**NEELAM UPPAL,**
    **Appellant**

v.

**GEORGE INDEST, et al**
    **Appellee**

Case No, 18-1225

**MOTION FOR RECALL MANDATE AND LEAVE FOR REHEARING AND RE-HEARING EN-BANC ON ORDER OF DISMISSAL**

Comes Now, Appellant Neelam Uppal Files a MOTION FOR RECALL AND LEAVE FOR RE-HEARING AND REHEARING EN BANC OF DISMISSAL, Pursuant to FRAP 35(c), 40(a)(1); LR 35.1, 40.1.
And states grounds as follows:

1. The Appellant had cured the deficiency and had appeared in person with a friend who was helping her to file the paperwork. (See Affidavit of Friend- Exhibit A) A short, skinny, black male took the paper and refused to stamp my copy. He said he was going to give to the clerk on my case. But he never did. The clerk on the case, Yenni, states that she never received it

2. This is one of the several times that the counter filing has not been scanned onto the docket. The same thing happened in 17-3362 case and the case was dismissed. It is being called frivolous but my filings of cured forma pauperis motion and objection to the Appellees letters were not filed. But I did not have proof so I did not make a ruckus.

3. This disappearance of the Appellant's exhibits and filings is **the basis** of this appeal, to begin with.

4. The Seminole County clerks did not file the Appellant's Exhibits.(Exhibit B)

5. The Bankruptcy court clerk did not file the exhibits of the Appellant. ( see case no. 1:16-bk-12356 doc 62.

6. The Appellant reported to Judge Cynthia Morris in the hearing that it was prejudice against her that her filing were not be scanned on the docket and the Judge claimed that she looked at the docket only.( see tr. Pg.- Exhibit C). But the Judge dismissed the Adversary proceeding without a hearing and sanctioned the Appellant under Rule 9011 for objecting to the fraudulent bankruptcy proof of claim of the Appellee.

7. The Appellant filed an appeal to the Southern District of New York to Judge Edward Ramos on this appeal from 1: 17-cv-5618. The stamped un-scanned documents were attached as exhibits. Appellant argued to the Judge on issues of Fraud in Court and Fraud on Court. But the Judge dismissed the appeal and and further sanctioned the Appellant. And thus, this appeal was filed.

8. Surprisingly, it happens again, in this court- the second highest court in the State-lacks integrity.

9. This is a pattern of fraud and corruption by the Appellee by bribing some low paid employees of the court. This happens in every case where this Appellee is involved with his other conspirators.

10. On Appeal of the state court Judgement, this matter was already referred to

the Department of Justice. (Exhibit D)

11. This disappearance of the Appellant's filing proves Appellant's issues on appeal and the Appeal is not frivolous. The Appellant has civil, constitutional right to be able to seek a fair trial and Justie in the court of law.

12. This is clearly infringement of Appellant's 5th, 7th and 14th Amendment of her constitutional rights.

13. Wherefore, the Mandate determination was made in violation of lawful procedure, was affected by an error of court. The body or officer failed to perform a duty enjoined upon it by law and declaring this dtermination to be arbitrary and capricious, an abuse of discretion due to bribery and covering up corruption. The Judgement is coran non-judice due to unclean hands

14. Wherefore, the Mandate must be recalled motion for Re-hearing/ rehearing en banc be heard

Respectfully Submitted,

s/Neelam Uppal
PO box 1002
Largo, Florida-33779
7274030022
Nneelu123@aol.com

CERTIFICATE OF SERVICE
The aforesaid pleading has been served to Mr. George Indest,
Healthlaw firm, 1101 Douglas Ave,
Altamonte Springs, Florida-32714.

s/Neelam Uppal

NEELAM UPPAL

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 18-1225

**Caption [use short title]**

**Motion for:** To allow for oversized brief and Exhibits.

**Set forth below precise, complete statement of relief sought:**
Appellant requests Permission to file oversized Brief and Appendix with Exhibits as she was not allowed to file a Brief.

Neelam Uppal

V.

Healthlaw firm, et al

RECEIVED 2018 OCT 17 PM 1:01

**MOVING PARTY:** Neelam Uppal    **OPPOSING PARTY:** Healthlaw firm, et al

☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Neelam Uppal    **OPPOSING ATTORNEY:** George Zeidest
[name of attorney, with firm, address, phone number and e-mail]

P.O box 1002
Largo, FL-33779

1101 Douglas Ave
Altamonte Springs
FL-32714

**Court- Judge/ Agency appealed from:** Edward Ramos

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☒ No (explain): unable to contact

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is oral argument on motion requested?   ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☒ No If yes, enter date: _____

**Signature of Moving Attorney:**
N. Uppal   **Date:** 9/29/18   **Service by:** ☐ CM/ECF ☒ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Neelam Uppal

**CERTIFICATE OF SERVICE***

v.

Docket Number: 18-1225

Healthlaw Firm, et al

I, _Neelam Uppal_, hereby certify under penalty of perjury that
   (print name)

on _10/1/2018_, I served a copy of _Motion to allow_
   (date)

_oversized brief and Appendix_
(list all documents)

by (select all applicable)**

___ Personal Delivery    ✓ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| George Indest | 1101 Douglas Ave | Altamonte Spring | FL | 32714 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_10/1/2018_          _N. Uppal_
Today's Date          Signature

Certificate of Service Form (Last Revised 12/2015)

## AFFIDAVIT

I, Mitchell Perry, swear and affirm and state:

1. I accompanied Ms. Neelam Uppal to the United States Court of Appeals located on 40 Foley Square, New York, N.Y.-10007 on October 1, 2018 around 1-1.30 pm. We went to room 150.

2. I carried Ms. Uppal's bag with papers. She gave the papers to the clerk sitting behind the counter in Room 150.

I declare that the above statements are true to the best of my knowledge.

Respectfully submitted,

*/s/ Mitchell Perry*
MITCHELL PERRY

NOTARY PUBLIC

Sworn to before me this day of 15th, October 2018

*/s/ Judith A Weed*

Notary Public State of Florida
Judith A Weed
My Commission GG 240585
Expires 09/24/2022

"B"



# 9 Investigates deceptive tactics by the Seminole County clerk of courts

Updated May 7, 2013 - 4:38 PM



"C"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | . | Case No. 16-12356-JLG |
| NEELAM TANEJA, | . | Chapter 13 |
| Debtor. | . | |
| . . . . . . . . . . . . . . | . | |
| NEELAM UPPAL, | . | Adv. No. 17-01027-cgm |
| Plaintiff, | . | |
| v. | . | |
| | . | One Bowling Green |
| GEORGE INDEST and HEALTH LAW | . | New York, NY 10004 |
| FIRM, et al., | . | |
| Defendants. | . | Thursday, July 13, 2017 |
| . . . . . . . . . . . . . . | . | 10:40 a.m. |

TRANSCRIPT OF HEARING RE: SUPPLEMENTAL MOTION FOR SANCTIONS,
SECOND SUPPLEMENT TO (RELATED DOCUMENT(S) 11, 14)
FILED BY GEORGE F. INDEST III ON BEHALF OF
HEALTH LAW FIRM, GEORGE INDEST [22];
SUPPLEMENTAL MOTION FOR SANCTIONS, THIRD SUPPLEMENTAL
(RELATED DOCUMENT(S) 11, 22, 14) FILED BY GEORGE F. INDEST III
ON BEHALF OF HEALTH LAW FIRM, GEORGE INDEST [23];
SUPPLEMENTAL MOTION FOR SANCTIONS, FOURTH SUPPLEMENT TO MOTION
(RELATED DOCUMENT(S) 23, 11, 22, 14) FILED BY GEORGE F. INDEST
III ON BEHALF OF HEALTH LAW FIRM, GEORGE INDEST [24];
SUPPLEMENTAL MOTION FOR SANCTIONS, FOURTH SUPPLEMENT TO MOTION
FOR SANCTIONS - REFILED PUBLIC RECORD COPY FILED BY GEORGE F.
INDEST III ON BEHALF OF HEALTH LAW FIRM, GEORGE INDEST [25]
**BEFORE THE HONORABLE CECELIA G. MORRIS
UNITED STATES BANKRUPTCY COURT JUDGE**

APPEARANCES:

For the Debtor:         NEELAM UPPAL, PRO SE
                        1370 Broadway, #504
                        New York, NY  10018

APPEARANCES CONTINUED

Audio Operator:         Court Personnel

Transcription Company:  Access Transcripts, LLC
                        10110 Youngwood Lane
                        Fishers, IN 46038
                        (855) 873-2223

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

1  MS. UPPAL: Your Honor, I had filed a motion for
2  reconsideration because my response was not docketed and Your
3  Honor did not look at the evidence and granted the summary
4  motion despite the fact there was materials --
5  THE COURT: It's already been denied on the record
6  and there's already an order.
7  MR. INDEST: And, Your Honor, as Your --
8  MS. UPPAL: Judge, I will request that -- to give a
9  stay on this and to allow my motion to reconsideration be
10 heard.
11 THE COURT: Denied.
12 MR. INDEST: Your Honor, as Your Honor knows, Rule
13 9011 requires the specific incidents of misconduct to be
14 specified by the Court. May I suggest that the Court include
15 failure to dismiss her adversary proceeding, the claims that
16 she included against me, which are the same she included
17 against everybody else about payment deductions from her
18 account when she didn't even have an account with us, and the
19 fraudulent claims which have been brought up with everybody
20 over and over again even though these were disposed of by the
21 lower court previously.
22 THE COURT: I think I've already wrote that --
23 MR. INDEST: Okay,
24 THE COURT: I've already written that.
25 MR. INDEST: Yes, ma'am.

FILED
U.S. BANKRUPTCY COURT

2017 JUL 13 A 9:35

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

In Re:
 Neelam Taneja.
 **Debtor.**

Case No.: 16-12356
**Chapter: 13**
Adv. no. 17-01027

not on Docket

## ANSWER AND OBJECTION TO SUPPLEMENTAL MOTION

Comes now, Defendant, Neelam Uppal files an objection to new supplemental motion filed by and

Defendant relies on variety of grounds in support of submission

1. The adversary proceeding pursuant Bankruptcy rule 7001 (2) and (8) and 362 (a) (h) is a valid case and not a frivilous matter.

2. The Creditors, after being served with the notice of new Bankkruptcy, as willful violation of the automatic Stay, fraud and corruption and conspiracy are obtaining such an order to enforce debt.

3. The Creditor alcardy took the money, $9000.00 as retainer for one pleading..

4. The Creditor has fabricated bill after termination since 2012.

5. This court has Jurisdiction pending Bankruptcy. The Creditor has not obtained relief under this bankruptcy.

6. Creditor's's Judgement is invalid pursuant to 18 USC 1001 and F.S 1540 as it was obtained by fraudulant means by producing fake orders.

7. The creditor does not have final order as it is on appeal.

# UNITED STATES BANKRUPTCY COURT OF APPEALS
## SOUTHERN DISTRICT OF NEW YORK

In Re:

    Neelam T. Uppal,                 Case No.: 17-1027-cgm
          Debtor.                         Chapter: 13

*Not on Docket*

v.

**GEORGE INDEST, et al**

_____/

## DEBTOR'S MOTION FOR RECONSIDERDATION AND MOTION TO VACATE ORDER OF SUMMARY JUDGMENT & OBJCTION TO SANCTION OF THE DEBTOR

COMES NOW, the Debtor, respectfully files this MOTION FOR RECONSIDERATION AND MOTION TO VACATE SUMMARY JUDGMENT, pursuant to precedent case law, and in support of her Affidavit thereof, states as follows :

**JURISDICTION**:

This court has Jurisdiction pursuant bankruptcy and 28 U.S.C. 1651 and 28 U.S.C. 1334

Not per Docket

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In Re:

    Neelam Taneja,                   Case No.: 17
    Debtor.                           Chapter: 13

v.

George Indest, et al

_____/

## ANSWER AND OBJECTION TO SUMMARY JUDGEMENT

Comes now, Defendant, Neelam Uppal files an objection to new summary motion filed by Creditor, George Indest, after being served with the 'Notice of Bankruptcy' and Defendant relies on variety of grounds in support of submission

1. The case is under Automatic stay of a new bankruptcy.
2. The Creditors, after being served with the notice of new Bankkruptcy, as willful violation of the automatic Stay, fraud and corruption and conspiracy are obtaining such an order to enforce debt.
3. The Creditor alearly took the money, $9000.00 as retainer for one pleading..
4. The Creditor has fabricated bill after termination since 2012.
5. This court has Jurisdiction pending Bankruptcy. The Creditor has not obtained relief under this bankruptcy.
6. Creditor's's Judgement is invalid pursuant to F.S 1540 as it was obtained by fraudulant means by producing fake orders.
7. The creditor owes damages for automatic stay violation

8. There is dispute over " material facts".

8. Creditor's actions constitute severe Harrasment to the Debtor. See exhibits

9. Wherefore, the debtor requests that the Automatic stay be enforced under 11 U.S.C 362 and that creditor's motion for Summary Judgement be denied and quashed and an injunction be entered against the creditor and Pinellas County Court for any judgement.

Debtor relies on previous filings and Exhibits.

Respectfully submitted

_____
NEELAM UPPAL, PRO SE

### DECLARATION

The undersigned Debtor named in the foregoing Motion to Continue Automatic Stay as to All Creditor hereby makes a solemn oah that thatements contained here are true and correct to the best of the Debtor's knowlwdge, information and belief.

Respectfully submitted,

Date: 5/27/17                     N. Uppal

Neelam Taneja, Debtor *Pro se.*

*1370 Broadway, #504*
*NEW YORK, NY-10018*
*PH.- (646)-740-9141*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEELAM UPPAL
Appellant

Case No. 1:17-cv-5816-ER

2017 NOV -1 PM 3: 53

V.

HEALTHLAW FIRM
Appellee

L.T. Case No.: 16-12356
**Chapter: 13**
**Adv. no. 17-01027**

not on Docket

## SUPPLEMENT TO DESIGNATION OF ITEMS

1. Comes now, Defendant, Neelam Uppal files a new supplement to disignation of items filed by appellant:

2. Pleadings and Exhibits not scanned onto the docket Doc.-26, 65, 66, 71, 72

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-1-17

Respectfully submitted,

Date: 10/30/17

N. Uppal

Neelam Taneja, Debtor *Pro se.*

*1370 Broadway, #504*
*NEW YORK, NY-10018*
*PH.- (646)-740-9141*

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of October, two thousand and eighteen,

In Re: Neelam Taneja
        Debtor.

**ORDER**
Docket No. 18-1225

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Neelam Taneja, AKA Neelam Uppal,

        Debtor - Appellant,

v.

The Health Law Firm, George F. Indest, III,

        Appellees.

Appellant's submission of a Motion for reconsideration/reconsideration en banc does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Motion for reconsideration/reconsideration en banc is stricken from the docket.

        For The Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

# MANDATE

S.D.N.Y.-N.Y.C.
17-cv-5618
Ramos, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of August, two thousand eighteen.

Present:
   Gerard E. Lynch,
   Susan L. Carney,
   Christopher F. Droney,
    *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 11 2018

---

In re Neelam Taneja,

   *Debtor*.

---

Neelam Taneja, AKA Neelam Uppal,

   *Debtor-Appellant*,

v.                18-1225

The Health Law Firm, George F. Indest, III,

   *Appellees*.

---

Appellant, pro se, moves for leave to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

Appellees move for sanctions. It is hereby ORDERED that the motion is DENIED. However, Appellant has filed at least one other frivolous appeal in this Court: 2d Cir. 17-3362. Accordingly, Appellant is hereby warned that the continued filing of duplicative, vexatious, or clearly meritless appeals, motions, or other papers will result in the imposition of a sanction, which may require

MANDATE ISSUED ON 10/11/2018

Appellant to obtain permission before filing any further submissions in this Court (a "leave-to-file" sanction). *See Sassower v. Sansverie*, 885 F.2d 9, 11 (2d Cir. 1989).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

2

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Neelam Uppal

v.

Healthlaw firm, et al

**CERTIFICATE OF SERVICE***

Docket Number: 18-1225-

RECEIVED 2018 OCT 17 PM 01

I, _Neelam Uppal_, hereby certify under penalty of perjury that
(print name)

on _10/17/2018_, I served a copy of _Motion to recall_
(date)
_Mandate_
(list all documents)

by (select all applicable)**

___ Personal Delivery       ✓ United States Mail       ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Healthlawfirm | 1101 Douglas Ave | Altamonte spring | FL | 32714 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_10/17/18_                                  _N. Uppal_
Today's Date                                 Signature

Certificate of Service Form (Last Revised 12/2015)