# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of November two thousand and eighteen.

Before: Gerard E. Lynch,
        Susan L. Carney,
        Christopher F. Droney,
          *Circuit Judge.*
_____

| | |
|---|---|
| In Re: Neelam Taneja<br>    Debtor. | **ORDER** |
| ********************************************* | Docket No. 18-1225 |

Neelam Taneja, AKA Neelam Uppal,

    Debtor - Appellant,

v.

The Health Law Firm, George F. Indest, III,

    Appellees.
_____

    Appellant moves to recall the mandate and for leave to file a motion for reconsideration or reconsideration en banc

    IT IS HEREBY ORDERED that the motion is DENIED.

                                    For the Court:

                                    Catherine O'Hagan Wolfe,
                                    Clerk of Court