# In the United States Court of Appeals
# Second Circuit

NEELAM UPPAL,   CASE NO.-18-1225

    Appellant

v.

HEALTHLAW FIRM,

GEORGE INDEST, et al

    Appellee/ *Respondents*

_____/

NOTICE OF APPEAL TO THE SUPREME COURT OF UNITED STATES

Comes Now, Appellant Neelam Uppal Files an NOTICE OF APPEAL TO THE SUPREME COURT OF UNITED STATES

    Respectfully Submitted,

    s/Neelam Uppal
    PO box 1002
    Largo, Florida-33779
    7274030022
    Nneelu123@aol.com

CERTIFICATE OF SERVICE

The aforesaid pleading has been served to Mr. George Indest, Healthlaw firm, 1101 Douglas Ave, Altamonte Springs, Florida-32714.

s/Neelam Uppal

NEELAM UPPAL

PRESS FIRMLY TO SEAL                     PRESS FIRMLY TO SEAL

33781
NOV 14 18
AMOUNT
**$6.70**
1006      10007-1502    R2305K135400-05

# PRIORITY®
## ★ MAIL ★

FROM:

 DATE OF DELIVERY SPEC

## PRIORITY®
## ★ MAIL ★



 USPS TRACKING™ INCL  FROM:

 INSURANCE INCLUDED

Neelam Uppal
P.O Box 1002
Largo, FL-33779

PICKUP AVAILABLE

*Domestic only*

TO:

The Clerk
U.S Court of Appeals
Rm 150
40 Foley Square
New York, N.Y -10007

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



Case 18-1225, Document 85, 11/20/2018, 2438344, Page3 of 3



EXPECTED DELIVERY DAY: 11/17/18

FOR DOMESTIC AND INTERNATIONAL USE

USPS TRACKING NUMBER





9505 5158 6007 8318 4042 43