**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: November 20, 2018 | DC Docket #: 17-cv-5618 |
| Docket #: 18-1225bk | DC Court: SDNY (NEW YORK CITY) |
| Short Title: Neelam Taneja aka Neelam Uppal | DC Judge: Ramos |

**CASE STATUS UPDATE NOTICE**

In response to your letter dated 11/19/2018 your appeal is closed. Please note the attached copy of the docket sheet.

Inquiries regarding this case may be directed to 212-857-8560.